Case 4:18-cr-00142- Document 5 Filed 06/22/18 Page 1 of 2 PageID 5
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ORIGINAL
FILED
JUN 22 2018
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. |
| GLENN EUGENE HALFIN (01) | 4-18CR142-Y |

## MISDEMEANOR INFORMATION

The United States Attorney charges:

42 U.S.C. § 3631
(Interference with Housing)

On or about December 19, 2016, in Grapevine in the Fort Worth Division of the Northern District of Texas, the defendant,

GLENN EUGENE HALFIN,

did, by threat of force, willfully intimidate and interfere with, and attempt to intimidate and interfere with, D.P., an African-American man; A.F., an African-American woman; and their young child, an African-American girl, because of their race and color and because D.P., A.F., and their daughter were occupying a dwelling, a nearby apartment in the same building as the defendant; specifically, the defendant placed a rope noose around the neck of a baby doll and hung the baby doll on a railing directly in front of the stairwell D.P., A.F., and their young child used to access their apartment.

All in violation of Title 42, United States Code, Section 3631.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
NICOLE DANA
Assistant United States Attorney
Texas State Bar No. 24062268
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8694
Facsimile: 214-659-8805
Email: nicole.dana@usdoj.gov

_____
REBEKAH BAILEY
Trial Attorney, U.S. D.O.J., Civil Rights Division, Criminal Section
Texas State Bar No. 24079833
601 D Street NW, Suite 5200
Washington, D.C. 20004
Telephone: 202-307-6523
Email: rebekah.bailey@usdoj.gov